UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MARY E. REED and CHARLES L. REED, jointly and severally, | Case No. 1:09-cv-692 |
| Plaintiffs, | |
| | HONORABLE PAUL L. MALONEY |
| v. | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, as assignor and/or Trustee of Argent Securities, Inc. Asset-Backed Pass-Through Certificates Series 2006-M1, | |
| and | |
| AMERICAN HOME MORTGAGE SERVICING, INC., | |
| Defendants. | |

## **JUDGMENT**

Judgment is entered in favor of the defendants and against the plaintiffs to the extent outlined in this court's contemporaneously issued opinion.

**IT IS SO ORDERED** on this  5th  day of October 2009.

/s/ Paul L. Maloney
Hon. Paul L. Maloney
Chief United States District Judge